IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60195
Conference Calendar
_____


CLYDE W. PARKER,

Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI ET AL.,

Defendants,

JOE PRICE, Sheriff; BRUCE CARVER; EDMUND CRANE, DR.,

Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:96-CV-371-GR
---------------------
February 13, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Clyde W. Parker appeals from the summary judgment for the defendants in his civil rights action. Parker contends that the defendants were deliberately indifferent to his serious medical needs when he was incarcerated in the Harrison County, Mississippi, Detention Center, first as a pretrial detainee, then as a convicted offender.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record shows that there is no genuine issue as to any material fact and that the defendants were entitled to judgment as a matter of law. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Parker's allegations and the summary-judgment evidence show only a disagreement with the treatment he received. He has failed to show deliberate indifference. *Norton v. Dimazana*, 122 F.3d 286, 292 (5th Cir. 1997); *Varnado v. Lynaugh*, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.